ACCEPTED
03-14-00505-CV
6512077
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 5:09:37 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00505-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 5:09:37 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AUSTIN DIVISION

_____

| | |
|---|---|
| **JERRY HOFROCK** | § |
| | § |
| **v.** | § |
| | § |
| **JUDY HORNSBY** | § |

_____

## APPELLEE'S FIRST MOTION TO EXTEND
## TIME TO FILE APPELLEE'S BRIEF

_____

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

## ATTORNEY FOR APPELLEE

---

Appellee's First Motion to Extend Time to File Appellee's Brief                    Page 1
*Hofrock v. Hornsby*; Cause No. 03-14-00505-CV

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellee, JUDY HORNSBY, who files this First Motion for Extension of Time to File Appellant's Brief, and shows unto the Court as follows:

**I.**

Appellant's brief is due on or before August 17, 2015.

**II.**

Appellant seeks an additional thirty days to file her brief, which should make her brief due on or before September 16, 2015. The reasons for such an odd number are:

**III.**

Facts relied on to reasonably explain the need for an extension include the following:

1. Appellee's counsel has a brief due on August 19, 2015 in *Jonathan Lee Fehr v. State*; Cause No. 03-15-00231-CR, and has been working on it diligently for several weeks since he has received two prior extensions to file the brief.

2. Reviewing opinion in *Mitchell Hollis Wright v. State*, Cause Nos. 03-14-00468-CR and 03-14-00469-CR, sending opinion to

client with explanation, drafting and filing motion for rehearing in 03-14-00469-CR, and filing Rule 48.4 letters. (July 28, 2015; August 11, 2015; August 12, 2015).

3. Reviewing opinions in *Alexis Marie Ireland v. State*, Cause Nos. 03-14-00615-CR and 03-14-00616-CR, and sending to client in compliance with Rule 48.4 (along with lengthy, detailed explanation of petition for discretionary review process and enclosing documents/rules to help plus several single-sided copies of opinions).

4. Work related to several new appeals:

    a. *Roy Lee Nobles v. State*, 03-15-00454-CR, Third Court of Appeals—Austin (July 23, 2015; July 30, 2015; August 6, 2015; August 10, 2015).

    b. *Darrell Wayne Love v. State*, 03-15-00462-CR, Third Court of Appeals—Austin (July 24, 2015).

    c. *Dwayne Darnell McGowan v. State*, 07-15-00270-CR, Seventh Court of Appeals—Amarillo (July 22, 2015; July 30, 2015).

5.	Work related to settlement of *10th Street and Avenue M Church of Christ, Inc. v. Church of Christ at Sammons Park, Inc.*, Cause No. 277,425-B; 146th District Court; Bell County, Texas. Work performed on July 21, 2015; July 23, 2015; July 24, 2015; July 27, 2015; July 30, 2015; August 4, 2015; August 6, 2015.

6.	Work related to modified order, requesting new findings of fact and conclusions of law, and informing Court of Appeals of modified order and its affect on the appellate timetables in *In re: B.M.W., A Child*; Cause No. 231,743-B; 146th District Court, Bell County, Texas; Appellate Cause No. 03-15-00380-CV. (Work performed on July 17, 2015; July 20, 2015; July 28, 2015; August 11, 2015).

7.	Hearing on Non-Judicial Foreclosure on July 17, 2015 in *21st Century Mortgage Corporation v. Thomas Walker, et al*; Cause No. 271,117-B; 146th District Court, Bell County, Texas.

8.	Work related to new case to go on appeal in *In re: H.C.C.*, Cause No. 254,204, 426th District Court, Bell County, Texas. (August 7, 2015).

9.    Time lost due to being out to watch daughter on July 31, 2015.

## IV.

No extensions have been requested and granted in this matter.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to extend her time for filing his brief to thirty (30) days from the date her brief is currently due.

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Jerry Hofrock by email on August 14, 2015, and he does not oppose this motion.

/s/ Justin Bradford Smith
Justin Bradford Smith

## CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2015, a true and correct copy of the Appellee's First Motion to Extend Time to File Appellant's Brief was provided to the party below via eservice:

Jerry Hofrock
1601 Eagle Wing
Cedar Park, Texas 78613
notebanker@gmail.com

/s/ Justin Bradford Smith
Justin Bradford Smith
